UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-08745-SPG-PD | Date | January 22, 2026 |
| Title | GS Holistic, LLC v. Top Shelf Company LLC et al | | |

Present: The Honorable   SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceeding:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

Plaintiff GS Holistic, LLC ("Plaintiff") filed this action in December 2022. *See* (ECF No. 1 ("Complaint")). In April 2023, after Plaintiff failed to properly file proof of service on Defendants Top Shelf Company LLC and Kyrillos Fahmie ("Defendants"), the Court issued an Order to Show Cause Re: Dismissal for Lack of Prosecution. *See* (ECF No. 20). Thereafter, Plaintiff filed proof of service on Defendants, and the Clerk of Court entered default as to Defendants. *See* (ECF Nos. 21-22, 24). However, Plaintiff failed to promptly move for default judgment and, therefore, the Court issued a second Order to Show Cause Re: Dismissal for Lack of Prosecution. *See* (ECF No. 25). Plaintiff then moved for default judgment. *See* (ECF No. 26). In response, Defendants appeared and filed an unopposed Motion to Set Aside Default, which the Court granted in August 2023. *See* (ECF Nos. 33, 39).

On September 6, 2023, the parties filed their Joint Rule 26(f) Report. *See* (ECF No. 40). However, in that document, the parties failed to propose any dates beyond a proposed deadline for the close of expert discovery. *See* (*id.* at 6). In particular, the parties did not propose a Final Pretrial Conference or trial date. *See generally* (*id.*). More than two years have now passed since the parties filed their Joint Rule 26(f) Report, and there has been no further activity in this case. Thus, the docket reflects that the parties are not actively pursing this litigation, and the Court therefore ORDERS the parties to show cause, in writing, on or before January 29, 2026, why this action should not be dismissed for lack of prosecution. Failure to file a response shall be deemed consent to dismissal.
**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   pg